**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

July 24, 2025

Pierce County Superior Court
930 Tacoma Ave S
Suite 334
Tacoma, WA 98402

RE: _Brittain v. USAA Casualty Insurance Company_
Case #3:25–cv–05447–DGE

Dear Clerk:

Please find enclosed the certified copy of Judge David G Estudillo's _Order Remanding Case to State Court_ in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

_Superior Court Case Number(s)_: 25–2–07640–2

_Assigned to Judge_:_____

_Completed by Deputy Clerk_: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Michael Williams,
_Deputy Clerk_

Enclosures